**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **KNS Motel, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Fairfield Inn & Suites** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3609890** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **619 N. Shore Drive** <br> **Jeffersonville, IN 47130** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **KNS Motel, Inc.**                                          Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_7211_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

| Debtor | KNS Motel, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **KNS Motel, Inc.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **KNS Motel, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2023**
MM / DD / YYYY

X **/s/ Indravadan Patel**
Signature of authorized representative of debtor

**Indravadan Patel**
Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Michael W. McClain**
Signature of attorney for debtor

Date **September 13, 2023**
MM / DD / YYYY

**Michael W. McClain**
Printed name

**Goldberg Simpson LLC**
Firm name

**9301 Dayflower Street**
**Prospect, KY 40059**
Number, Street, City, State & ZIP Code

Contact phone    **(502) 589-4440**    Email address    **mmcclain@goldbergsimpson.com;**
**sdaniel-harkins@goldbergsimpson.com**

**22464-49 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **KNS Motel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September 13, 2023__        X /s/ Indravadan Patel
                                            Signature of individual signing on behalf of debtor

                                            **Indravadan Patel**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **KNS Motel, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Blueprint rf 5555 Oakbrook Parkway Suite 140 Norcross, GA 30093** | | **Invoice No. 20232471** | | | | **$2,369.78** |
| **Carver Hotel Group 1945 The Exchange SE Suite 450 Atlanta, GA 30339** | | **Invoice S0005758; 6/9/23 Invoice S0005965; 6/21/23 Invoice S006083; 6/23/23** | | | | **$2,593.06** |
| **Christina Elias 9802 Romules Road Abbeville, LA 70510** | | | | | | **$1,074.88** |
| **DC Elevator 709 Mile Point Way Lexington, KY 40510** | | **Invoice 349878; 3/21/23 Invoice 349879; 3/21/23 Invoice 349880; 3/21/23 Invoice 355930; 3/21/23** | | | | **$1,451.41** |
| **Duke Energy P.O. Box 1326 Charlotte, NC 28201-1326** | | **Invoice 062023; 6/26/23** | | | | **$3,475.32** |
| **Ecolab 26252 Network Place Chicago, IL 60673** | | **Invoice 2119767; 2/14/23** | | | | **$990.00** |
| **Environmental Laboratories Inc. P.O. Box 968 Madison, IN 47250** | | **Multiple invoices** | | | | **$1,735.50** |

| Debtor | **KNS Motel, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Freedom Pay Finance** 800 South Harbour Island Blvd Tampa, FL 33602 | | **Invoice 80364; 5/19/23** | | | | **$3,167.00** |
| **Guest Supply** P.O. Box 6771 Somerset, NJ 08875-6771 | | **Invoice 15038013; 11/15/22** | | | | **$5,008.80** |
| **HD Supply** P.O. Box 509058 San Diego, CA 92150-9058 | | **Multiple invoices** | | | | **$6,305.88** |
| **Indiana Department of Revenue Government Center North** 100 North Senate Avenue Indianapolis, IN 46204-2253 | | | | | | **$1,838.80** |
| **Indravadan Patel** 4101 Herb Lewis Rd Apt. 1105 Jeffersonville, IN 47130 | | **Mr. Patel has paid the company's credit card payments from his own personal funds.** | | | | **$35,202.57** |
| **Marriott International Inc. (USD)** 10400 Fernwood Road Bethesda, MD 20817 | | **Multiple invoices** | | | | **$11,260.76** |
| **Pepsi Cola** 75 Remittance Drive Suite 1884 Chicago, IL 60675-1884 | | **Invoice 08792664; 6/16/23 Invoice 35580361; 12/16/22 Invoice 85943609; 9/15/22** | | | | **$2,459.16** |
| **Republic Services** P.O. Box 9001009 Louisville, KY 40290 | | **Multiple invoices** | | | | **$1,093.86** |
| **Schindler** 7810 Solution Center Chicago, IL 60677 | | **Invoice 8106108495** | | | | **$2,427.83** |
| **Spectrum (Internet)** P.O. Box 6030 Carol Stream, IL 60197 | | **Multiple invoices** | | | | **$3,750.97** |

Debtor   **KNS Motel, Inc.**                                      Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spectrum (TV)**<br>**P.O. Box 6030**<br>**Carol Stream, IL**<br>**60197** | | **Invoice**<br>**0006038040923** | | | | **$1,120.17** |
| **Sysco**<br>**P.O. Box 32470**<br>**Louisville, KY**<br>**40232-2470** | | **Invoice 391888458** | | | | **$3,744.00** |
| **Team Travel Source**<br>**12910 Shelbyville**<br>**Road**<br>**Suite 215**<br>**Louisville, KY 40243** | | **Invoice 26268; 8**<br>**Invoice 9744** | | | | **$9,019.66** |

**Fill in this information to identify the case:**

Debtor name      **KNS Motel, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF INDIANA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................   $     **6,100,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................   $         **93,078.48**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................   $     **6,193,078.48**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **4,900,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $         **1,838.80**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$       **104,840.41**

4.   Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b                                                                                   $     **5,006,679.21**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **KNS Motel, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank** | **Chase Business Premier Savings** | **3625** | **$1,101.04** |
| 3.2. | **JPMorgan Chase Bank** | **Chase Performance Business Checking** | **6058** | **$9,164.44** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                 **$10,265.48**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

Debtor    **KNS Motel, Inc.**                                    Case number *(If known)* _____
          <u>Name</u>

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ☒ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☒ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☒ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| Whirlpool CEM2745FQ0 - S/N M82605983 | $0.00 | | $547.00 |
| Whirlpool CAM2742TQ2 - S/N C03060290 | $0.00 | | $595.00 |
| Maytag MAT12CSAAQ - S/N 26241032YF | $0.00 | | $585.00 |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Alliance DTB634 - S/N 0TCK0001008131 | $0.00 | | $8,206.00 |
| Alliance DTB634 - S/N 0TCK0001008132 | $0.00 | | $8,206.00 |
| Unimac UW100PVQU10001 - S/N M0200164928 | $0.00 | | $17,302.00 |
| State SBD-71-120ONE 118 - S/N10011972 | $0.00 | | $8,788.00 |
| Bradford White D100L1993N - S/N JD16489287 | $0.00 | | $2,624.00 |
| Goodman ARUF36C14BB - S/N 1310244068 | $0.00 | | $924.00 |

Debtor    **KNS Motel, Inc.**                  Case number *(If known)* _____
<br>Name

| | | | |
|---|---|---|---|
| **Goodman G8X14036KC - S/N 1806585272** | **$0.00** | | **$2,193.00** |
| **Hoshizaki KM-515MWJ - S/N H00225B** | **$0.00** | | **$2,282.00** |
| **Hoshizaki KM-320MWH - S/N B02262G** | **$0.00** | | **$2,895.00** |
| **Dectron CVA-008H-5-MC - S/N B 2013090141** | **$0.00** | | **Unknown** |
| **Avantco 178A23FHC - S/N 6301 1712 1807 0621** | **$0.00** | | **$1,269.00** |
| **Avantco 178CFD1FF - S/N 6131 1702 1505 0204** | **$0.00** | | **$1,349.00** |
| **Avantco 178CFD1RR - S/N 6396 1701 1501 0164** | **$0.00** | | **$1,349.00** |
| **Victory VR-1 - S/N N0639708** | **$0.00** | | **$1,199.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
<br>        Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$60,313.00** |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
<br>        ■ No
<br>        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
<br>        ■ No
<br>        ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
<br>    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2008 Nissan Pathfinder S - S/N 5N1AR18BX8C614744** | **$0.00** | | **$7,500.00** |
| 47.2.    **2018 Volvo XC90 T5 - S/N YV4102XK3J1323197** | **$0.00** | | **$15,000.00** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **KNS Motel, Inc.**                                    Case number *(If known)* _____
           Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                    | $22,500.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **619  N. Shore Drive, Jeffersonville, IN 47130 Tax ID # 10-19-00-100-983.000-010** | Fee simple | $0.00 | | $6,100,000.00 |

56.    **Total of Part 9.**                                                                    | $6,100,000.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor    **KNS Motel, Inc.**                                          Case number *(If known)* _____
          Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **KNS Motel, Inc.**                                      Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,265.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $60,313.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $6,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $93,078.48 | + 91b. $6,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,193,078.48 |

Schedule A/B Assets - Real and Personal Property

**Fill in this information to identify the case:**

Debtor name    **KNS Motel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  First Chatham Bank**<br>Creditor's Name<br><br>**Attn: SBA Servicing**<br>**111 Barnard Street, #3249**<br>**Savannah, GA 31401**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**March 3, 2022**<br>**Last 4 digits of account number**<br>**9104**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**619 Shore Drive, Jeffersonville, IN 47130**<br><br><br>**Describe the lien**<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,900,000.00** | **$6,100,000.00** |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$4,900,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Administration**<br>**Indiana District Office**<br>**8500 Keystone Crossing, Suite 400**<br>**Indianapolis, IN 46240** | Line  **2.1** | **9104** |

Debtor    **KNS Motel, Inc.**                                    Case number (*if known*) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**United States Attorney**
**SBA Division**                                        Line   **2.1**
**10 W. Market Street, Suite 2100**
**Indianapolis, IN 46204**

**Fill in this information to identify the case:**

Debtor name   **KNS Motel, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Indiana Department of Revenue<br>Government Center North<br>100 North Senate Avenue<br>Indianapolis, IN 46204-2253** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,838.80** | **$0.00** |
| | Date or dates debt was incurred<br>**04/04/2023 - 40/20/2023** | Basis for the claim: | | |
| | Last 4 digits of account number **5495;5810** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

33227

Debtor  **KNS Motel, Inc.**  Case number (if known) _____
_____
Name

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,369.78 |
|---|---|---|

**Blueprint rf**
**5555 Oakbrook Parkway**
**Suite 140**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/31/2022**

Basis for the claim: **Invoice No. 20232471**

Last 4 digits of account number **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,593.06 |
|---|---|---|

**Carver Hotel Group**
**1945 The Exchange SE**
**Suite 450**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/9 - 23/2023**

Basis for the claim: **Invoice S0005758; 6/9/23**
**Invoice S0005965; 6/21/23**
**Invoice S006083; 6/23/23**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $711.51 |
|---|---|---|

**Centerpoint Energy**
**P.O. Box 1423**
**Houston, TX 77251-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/14/2022**

Basis for the claim: **Invoice 12142022; 12/14/22**

Last 4 digits of account number **4122**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|

**Chase Bank**
**P.O. Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/01/2023**

Basis for the claim: **_**

Last 4 digits of account number **2022**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,074.88 |
|---|---|---|

**Christina Elias**
**9802 Romules Road**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/19/2023**

Basis for the claim: **_**

Last 4 digits of account number **23EX**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.00 |
|---|---|---|

**Cintas Corporation No. 2**
**4310 Metro Parkway**
**Suite 300**
**Fort Myers, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/08/2022**

Basis for the claim: **_**

Last 4 digits of account number **0743**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.00 |
|---|---|---|

**Dalmation**
**1651 Watterson Trail**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **Invoice 18200666; 9/26/22**
**Invoice 18276989; 12/23/22**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **KNS Motel, Inc.** _____   Case number _(if known)_ _____
         Name

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,451.41 |
|---|---|---|---|

**DC Elevator**
**709 Mile Point Way**
**Lexington, KY 40510**

Date(s) debt was incurred  **3/31/2023 - 6/1/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 349878; 3/21/23**
**Invoice 349879; 3/21/23**
**Invoice 349880; 3/21/23**
**Invoice 355930; 3/21/23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $112.44 |
|---|---|---|---|

**Delta Lighting Products**
**2570 Metropolitan Drive**
**Feasterville Trevose, PA 19053**

Date(s) debt was incurred  **05/04/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 709612; 5/4/23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,475.32 |
|---|---|---|---|

**Duke Energy**
**P.O. Box 1326**
**Charlotte, NC 28201-1326**

Date(s) debt was incurred  **06/26/223**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 062023; 6/26/23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $990.00 |
|---|---|---|---|

**Ecolab**
**26252 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  **02/14/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 2119767; 2/14/23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $321.50 |
|---|---|---|---|

**Employers Preferred Insurance**
**P.O. Box 842110**
**Los Angeles, CA 90084-2110**

Date(s) debt was incurred  **06/07/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 0000000259; 6/7/23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,735.50 |
|---|---|---|---|

**Environmental Laboratories Inc.**
**P.O. Box 968**
**Madison, IN 47250**

Date(s) debt was incurred  **03/01/2022 - 06/22/2023**

Last 4 digits of account number  **numerous**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Multiple invoices**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,167.00 |
|---|---|---|---|

**Freedom Pay Finance**
**800 South Harbour Island Blvd**
**Tampa, FL 33602**

Date(s) debt was incurred  **05/19/2023**

Last 4 digits of account number  **0364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 80364; 5/19/23**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **KNS Motel, Inc.**                                          Case number (if known) _____
Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,008.80 |
|---|---|---|---|

**Guest Supply**
P.O. Box 6771
Somerset, NJ 08875-6771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/2022**

Basis for the claim:  **Invoice 15038013; 11/15/22**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,305.88 |
|---|---|---|---|

**HD Supply**
P.O. Box 509058
San Diego, CA 92150-9058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/24/2023 - 06/30/2034**

Basis for the claim:  **Multiple invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.18 |
|---|---|---|---|

**Indiana American Water**
P.O. Box 6029
Carol Stream, IL 60197-6029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/14/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,202.57 |
|---|---|---|---|

**Indravadan Patel**
4101 Herb Lewis Rd
Apt. 1105
Jeffersonville, IN 47130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2022 - 07/13/2023**

Basis for the claim:  **Mr. Patel has paid the company's credit card payments from his own personal funds.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.07 |
|---|---|---|---|

**Leonard Brush and Chemical**
1450 Mellwood Avenue
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2022**

Basis for the claim:  **Invoice 380967**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,260.76 |
|---|---|---|---|

**Marriott International Inc. (USD)**
10400 Fernwood Road
Bethesda, MD 20817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/31/2023 - 07/07/2023**

Basis for the claim:  **Multiple invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.92 |
|---|---|---|---|

**Orkin**
10805 Bluegrass Parkway
Louisville, KY 40299-2215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/2022 - 01/01/2023**

Basis for the claim:  **Invoice 237389367; 11/14/22 Invoice 238020000; 1/31/23**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **KNS Motel, Inc.**                                    Case number *(if known)* _____
          Name

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,459.16** |
|---|---|---|---|

**Pepsi Cola**
**75 Remittance Drive**
**Suite 1884**
**Chicago, IL 60675-1884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/15/2022 - 06/16/2023**

Basis for the claim:  **Invoice 08792664; 6/16/23**
**Invoice 35580361; 12/16/22**
**Invoice 85943609; 9/15/22**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193.51** |
|---|---|---|---|

**PLI Card Marketing Solutions**
**P.O. Box 679814**
**Dallas, TX 75267-9814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2022**

Basis for the claim:  **Invoice 1422976; 10/26/22**

Last 4 digits of account number  **2976**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,093.86** |
|---|---|---|---|

**Republic Services**
**P.O. Box 9001009**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/24/2022 - 06/25/2023**

Basis for the claim:  **Multiple invoices**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458.05** |
|---|---|---|---|

**Royal Cup**
**P.O. Box 841000**
**   TX 75824-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/12/2023**

Basis for the claim:  **Invoice 106783890**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,427.83** |
|---|---|---|---|

**Schindler**
**7810 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/01/2022**

Basis for the claim:  **Invoice 8106108495**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.97** |
|---|---|---|---|

**Spectrum (Internet)**
**P.O. Box 6030**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/26/2022 - 06/26/2023**

Basis for the claim:  **Multiple invoices**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.17** |
|---|---|---|---|

**Spectrum (TV)**
**P.O. Box 6030**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/09/2023**

Basis for the claim:  **Invoice 0006038040923**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **KNS Motel, Inc.**                                              Case number (if known) _____
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.74 |
|---|---|---|---|

**Spectrum (Voice)**
P.O. Box 6030
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/13/2022 - 03/13/2023

Basis for the claim:  **Multiple invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,744.00 |
|---|---|---|---|

**Sysco**
P.O. Box 32470
Louisville, KY 40232-2470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/12/2023

Basis for the claim:  **Invoice 391888458**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,019.66 |
|---|---|---|---|

**Team Travel Source**
12910 Shelbyville Road
Suite 215
Louisville, KY 40243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/07/2022 - 04/17/2023

Basis for the claim:  **Invoice 26268; 8
Invoice 9744**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Transsecurity**
973 CR 4990
Quitman, TX 75783

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/12/2023

Basis for the claim: _

Last 4 digits of account number  5428

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.45 |
|---|---|---|---|

**Uniguest**
P.O. Box 306225
Nashville, TN 37230-6225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/01/2022

Basis for the claim:  **Invoice CB1082566**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.88 |
|---|---|---|---|

**Veronica Williams**
185 S.W. Arrowhead Terrace
Lake City, FL 32024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/2023

Basis for the claim:  **Invoice 5202023**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $688.55 |
|---|---|---|---|

**World Cinema**
P.O. Box 733288
Dallas, TX 75373-3288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/21/2023

Basis for the claim:  **Invoice S1299693**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor     **KNS Motel, Inc.**                                          Case number (if known) _____
           _____
           Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,838.80 |
| **5b. Total claims from Part 2** | 5b. + $ | 104,840.41 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 106,679.21 |

**Fill in this information to identify the case:**

Debtor name   **KNS Motel, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | **17 months** | **CUSA, LLC**<br>**Attn: Deborah L. Cannon**<br>**1300 Ridenour Boulevard, Suite 200**<br>**Kennesaw, GA 30152** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Fairfield Inn & Suites by Marriott Relicensing Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **11 years** | **Marriott International, Inc.**<br>**10400 Fernwood Road**<br>**Bethesda, MD 20817** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **KNS Motel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bharti Patel** | | **First Chatham Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Indravadan Patel** | | **First Chatham Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **KNS Motel, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$960,899.63** |
    | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,448,852.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    | --- | --- | --- | --- |

Debtor    **KNS Motel, Inc.** _____    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

Debtor    **KNS Motel, Inc.**                                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | KNS Motel, Inc. | Case number *(if known)* | |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | KNS Motel, Inc. | Case number *(if known)* | |
|--------|-----------------|--------------------------|--|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|-----------------------|-------------------------------------|------------------------------------------------------|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
|------------------|--|-------------------------|
| 26a.1. | **Kaushik Patel, LLC** **310 Passaic Ave., Bldg. A** **Suite 215** **Fairfield, NJ 07004** | **2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

| Debtor | **KNS Motel, Inc.** | Case number *(if known)* |
|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Indravdan Patel** | **4101 Herb Lewis Road Apt. 1105 Jeffersonville, IN 47130** | **President and Director** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bharti Patel** | **4101 Herb Lewis Road Apt. 1105 Jeffersonville, IN 47130** | **Vice President and Secretary** | **49%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **KNS Motel, Inc.**                                    Case number *(if known)*

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2023**

**/s/ Indravadan Patel**                                **Indravadan Patel**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **7**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re **KNS Motel, Inc.**                                              Case No. _____
                                                    Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................          $ _____ **15,000.00**

    Prior to the filing of this statement I have received ......................            $ _____ **15,000.00**

    Balance Due ..........................................................................            $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to assign executory contracts and leases; preparation and filing of and
        applications as needed; general representation in chapter 11 case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor or its sole member in any  adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 13, 2023**                                          **/s/ Michael W. McClain**
_Date_                                                                           **Michael W. McClain**
                                                                                 _Signature of Attorney_
                                                                                 **Goldberg Simpson LLC**
                                                                                 **9301 Dayflower Street**
                                                                                 **Prospect, KY 40059**
                                                                                 **(502) 589-4440   Fax: (502) 581-1344**
                                                                                 **mmcclain@goldbergsimpson.com;**
                                                                                 **sdaniel-harkins@goldbergsimpson.com**
                                                                                 _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of Indiana

In re    **KNS Motel, Inc.**                                  Case No. _____

                                          Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bharti Patel**<br>**4101 Herb Lewis Road**<br>**Apt. 1105**<br>**Jeffersonville, IN 47131** | | **49%** | **Fee Simple** |
| **Indravdan Patel**<br>**4101 Herb Lewis Road**<br>**Apt. 1105**<br>**Jeffersonville, IN 47130** | | **51%** | **Fee simple** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 13, 2023**             Signature   **/s/ Indravadan Patel**

                                                      **Indravadan Patel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                              )       Case No. _____

**KNS Motel, Inc.**              )

                                 )       ☐ Check if this form is submitted with an amended creditor

_____ )       list.

                    Debtor(s). )

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   **September 13, 2023**                        **/s/ Indravadan Patel**

                                                  **Indravadan Patel**

                                                  Signature of Debtor

                                                  Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

```
BLUEPRINT RF
5555 OAKBROOK PARKWAY
SUITE 140
NORCROSS, GA 30093


CARVER HOTEL GROUP
1945 THE EXCHANGE SE
SUITE 450
ATLANTA, GA 30339


CENTERPOINT ENERGY
P.O. BOX 1423
HOUSTON, TX 77251-1423


CHASE BANK
P.O. BOX 6294
CAROL STREAM, IL 60197


CHRISTINA ELIAS
9802 ROMULES ROAD
ABBEVILLE, LA 70510


CINTAS CORPORATION NO. 2
4310 METRO PARKWAY
SUITE 300
FORT MYERS, FL 33916


CUSA, LLC
ATTN: DEBORAH L. CANNON
1300 RIDENOUR BOULEVARD, SUITE 200
KENNESAW, GA 30152
```

DALMATION
1651 WATTERSON TRAIL
LOUISVILLE, KY 40299


DC ELEVATOR
709 MILE POINT WAY
LEXINGTON, KY 40510


DELTA LIGHTING PRODUCTS
2570 METROPOLITAN DRIVE
FEASTERVILLE TREVOSE, PA 19053


DUKE ENERGY
P.O. BOX 1326
CHARLOTTE, NC 28201-1326


ECOLAB
26252 NETWORK PLACE
CHICAGO, IL 60673


EMPLOYERS PREFERRED INSURANCE
P.O. BOX 842110
LOS ANGELES, CA 90084-2110


ENVIRONMENTAL LABORATORIES INC.
P.O. BOX 968
MADISON, IN 47250

FIRST CHATHAM BANK
ATTN: SBA SERVICING
111 BARNARD STREET, #3249
SAVANNAH, GA 31401


FREEDOM PAY FINANCE
800 SOUTH HARBOUR ISLAND BLVD
TAMPA, FL 33602


GUEST SUPPLY
P.O. BOX 6771
SOMERSET, NJ 08875-6771


HD SUPPLY
P.O. BOX 509058
SAN DIEGO, CA 92150-9058


INDIANA AMERICAN WATER
P.O. BOX 6029
CAROL STREAM, IL 60197-6029


INDIANA DEPARTMENT OF REVENUE
GOVERNMENT CENTER NORTH
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204-2253


INDRAVADAN PATEL
4101 HERB LEWIS RD
APT. 1105
JEFFERSONVILLE, IN 47130

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346




LEONARD BRUSH AND CHEMICAL
1450 MELLWOOD AVENUE
LOUISVILLE, KY 40206




MARRIOTT INTERNATIONAL INC. (USD)
10400 FERNWOOD ROAD
BETHESDA, MD 20817




MARRIOTT INTERNATIONAL, INC.
10400 FERNWOOD ROAD
BETHESDA, MD 20817




ORKIN
10805 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299-2215




PEPSI COLA
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO, IL 60675-1884




PLI CARD MARKETING SOLUTIONS
P.O. BOX 679814
DALLAS, TX 75267-9814
```

REPUBLIC SERVICES
P.O. BOX 9001009
LOUISVILLE, KY 40290


ROYAL CUP
P.O. BOX 841000
TX 75824-1000


SCHINDLER
7810 SOLUTION CENTER
CHICAGO, IL 60677


SPECTRUM (INTERNET)
P.O. BOX 6030
CAROL STREAM, IL 60197


SPECTRUM (TV)
P.O. BOX 6030
CAROL STREAM, IL 60197


SPECTRUM (VOICE)
P.O. BOX 6030
CAROL STREAM, IL 60197


SYSCO
P.O. BOX 32470
LOUISVILLE, KY 40232-2470

TEAM TRAVEL SOURCE
12910 SHELBYVILLE ROAD
SUITE 215
LOUISVILLE, KY 40243


TRANSSECURITY
973 CR 4990
QUITMAN, TX 75783


U.S. SMALL BUSINESS ADMINISTRATION
INDIANA DISTRICT OFFICE
8500 KEYSTONE CROSSING, SUITE 400
INDIANAPOLIS, IN 46240


UNIGUEST
P.O. BOX 306225
NASHVILLE, TN 37230-6225


UNITED STATES ATTORNEY
SBA DIVISION
10 W. MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204


VERONICA WILLIAMS
185 S.W. ARROWHEAD TERRACE
LAKE CITY, FL 32024


WORLD CINEMA
P.O. BOX 733288
DALLAS, TX 75373-3288

# United States Bankruptcy Court
## Southern District of Indiana

In re   **KNS Motel, Inc.**                                    Case No.
                                    Debtor(s)        Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **KNS Motel, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 13, 2023**                          **/s/ Michael W. McClain**
Date                                            **Michael W. McClain**
                                                Signature of Attorney or Litigant
                                                Counsel for   **KNS Motel, Inc.**
                                                **Goldberg Simpson LLC**
                                                **9301 Dayflower Street**
                                                **Prospect, KY 40059**
                                                **(502) 589-4440 Fax:(502) 581-1344**
                                                **mmcclain@goldbergsimpson.com; sdaniel-harkins@goldbergsimpson.com**